THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lupaka Robert
 Kupo, Appellant.
 
 
 

Appeal From Richland County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2009-UP-292
Submitted May 1, 2009  Filed June 4, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Lupaka
 Robert Kupo appeals from his guilty plea to
 autobreaking and petit larceny.  On appeal, Kupo argues his plea did not comply
 with the mandates of Boykin v. Alabama, 395 U.S 238 (1969).  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.